MEMORANDUM OPINION




No. 04-07-00378-CV



Leticia O'BRIEN,


Appellant



v.



Thomas Michael O'BRIEN,


Appellee



From the County Court at Law No. 5, Bexar County, Texas


Trial Court No. 323335


Honorable David J. Rodriguez, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: June 20, 2007


DISMISSED

 Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss
is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of appeal are taxed
against the appellant. See id. at (d). 

 Per Curiam